(112 So. 540)

### SMITH v. STATE. (8 Div. 474.)

Court of Appeals of Alabama. April 19, 1927.

O. M. Raines, of Scottsboro, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

No briefs reached the Reporter.

BRICKEN, P. J. From a judgment of conviction for distilling alcoholic or spirituous liquors, and for the possession of a still to be used for that purpose, this appeal was taken.

There was direct evidence tending to show that this appellant was at work at a still which was in operation. The written charge refused to defendant means nothing. It reads: "I charge you, gentlemen of the jury, if you believe from the evidence you will acquit Def." It was properly refused. We discover no error of a reversible nature in this record, and therefore order that the judgment of conviction from which this appeal was taken be affirmed.

Affirmed.